UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>$55,072.29 U.S. FUNDS FROM WELLS FARGO ACCOUNT# XXXXX70146, and,<br><br>$50,000 U.S. FUNDS FROM RIVERBANK ACCOUNT # XXXXXX1971,<br><br>    Defendants. | NO. CV-13-0008-LRS<br><br>**ORDER OF DISMISSAL** |

Pursuant to Fed. R. Civ. P. 41(a)(2), the Motion For Voluntary Dismissal With Prejudice (ECF No. 31) filed by Claimant Jonathon J. Jeffreys is **GRANTED**. His claim (ECF No. 17) is **DISMISSED with prejudice**.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this order and provide copies to counsel of record.

**DATED** this ___30th___ day of April, 2015.

*s/Lonny R. Suko*
_____
LONNY R. SUKO
Senior United States District Judge

**ORDER OF DISMISSAL-    1**